USCA1 Opinion

 

 September 28, 1992 [NOT FOR PUBLICATION] ____________________ No. 92-1097 BAY FINANCIAL CORPORATION, ET AL., Debtors, __________ LOLI V. GREGOR, D/B/A HSIN-MEI, CO., Plaintiff, Appellant, v. THE NEWPORT INN JOINT VENTURE AND BAY FINANCIAL CORPORATION AND SUBSIDIARIES, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ ____________________ Loli V. Gregor on brief pro se. ______________ Jack Weinberg and Graubard, Mollen, Horowitz, Pomeranz & Shapiro _____________ ________________________________________________ on brief for appellees, The Newport Inn Joint Venture and Bay Financial Corporation and Subsidiaries. ____________________ ____________________ Per Curiam. The judgment of the district court is __________ affirmed for the reasons stated in the district court's ________ December 19, 1991 memorandum and order. -2-